UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAON ROBINSON, DANIEL CHILDS, DANTE WARD, and RAYE JACKSON, on behalf of themselves and all others similarly situated, and the general public,

        Plaintiffs,

   v.

NESTLE WATERS NORTH AMERICA, INC. dba ARROWHEAD WATERS, a Delaware Corporation, and DOES 1 through 10, inclusive,

        Defendants.

NO. CIV. S-11-856 LKK/KJN

O R D E R

Pending before the court in the above captioned case is the defendant's motion to dismiss (Doc. No. 8), currently set to be heard on May 9, 2011. Due to court congestion, the court CONTINUES the hearing to May 23, 2011 at 10:00 AM. The deadlines for filing reply memoranda are unchanged.

    IT IS SO ORDERED.

    DATED: April 26, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1